

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00752-CR

Andrew Patrick **DOUGHERTY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. 21-0000166
Honorable M. Patrick Maguire, Judge Presiding

Opinion by:    Rebeca C. Martinez, Chief Justice

Sitting:    Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Lori I. Valenzuela, Justice

Delivered and Filed: March 25, 2026

DISMISSED FOR LACK OF JURISDICTION

On August 22, 2025, the trial court imposed sentence on appellant following a jury trial.
On September 19, 2025, appellant timely filed a motion for new trial. *See* TEX. R. APP. P. 21.4(a).
Therefore, a notice of appeal was due to be filed on November 20, 2025. *See id.* R. 26.2(a)(1). A
motion for extension of time to file the notice of appeal was due on December 5, 2025. *See id.* R.
26.3. Appellant filed a notice of appeal on November 21, 2025. He did not file a motion for

extension of time. A timely notice of appeal is necessary to invoke a court of appeals' jurisdiction. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996).

Because appellant did not timely file a notice of appeal, we ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. In response, appellant's counsel agreed "that this Court does not have jurisdiction to hear this appeal as it is currently filed, due to an untimely filed notice of appeal by Appellant's trial counsel." Appellant's counsel stated the "remedy is to file a post-conviction application for writ of habeas corpus alleging ineffective assistance of counsel so that the Court of Criminal Appeals may grant him relief to pursue an out-of-time appeal."

Accordingly, we dismiss this appeal for lack of jurisdiction. *See Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (holding that if appeal is not timely perfected, court of appeals does not obtain jurisdiction to address merits of appeal, and court may take no action other than to dismiss appeal; court may not suspend rules to alter time for perfecting appeal).

Rebeca C. Martinez, Chief Justice

DO NOT PUBLISH